IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                             23-CR-102-LJV

JOSEPH BARSUK,
                       Defendant.

## GOVERNMENT'S EXPERT DISCLOSURE

**THE UNITED STATES OF AMERICA**, by its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Caitlin M. Higgins and Louis A. Testani, Assistant United States Attorneys, of counsel, hereby submits its expert disclosure pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, and requests leave to submit such other disclosures as may be appropriate prior to at the close of the evidence. The government will be calling a witness pursuant to Rule 702 of the Federal Rules of Evidence who will have specialized knowledge and/or provide expert testimony about matters which will assist the trier of fact to understand the evidence and/or to determine a fact in issue. The government's expert witness will be as follows:

**REBECCA BENDER, SUBJECT MATTER EXPERT ON SEX AND HUMAN TRAFFICKING (Los Angeles, California)**

**Date: TBD**                                    **Length of Testimony: 2 Hours**

Ms. Bender is an expert in the areas of sex and human trafficking. She is the founder and CEO of the Rebecca Bender Initiative ("RBI") and Elevate Academy. Ms. Bender holds

a Master's Degree in Religious Studies.  Through the RBI, Ms. Bender works to educate law enforcement, community leaders, and others to identify, resource, and address sex trafficking.  Additionally, Elevate Academy, which Ms. Bender founded, is the largest online school for human trafficking survivors, offering courses in professional development and economic empowerment to survivors of sex trafficking at no cost.

Ms. Bender was appointed to the National Advisory Council to Congress by the United States Department of Health and Human Services.  She has received numerous public and private awards for her work, as listed on pages five and six of her curriculum vitae, which is attached and incorporated by reference as **Exhibit A**.  Ms. Bender has testified or assisted as an expert witness in State Courts in California, Oregon, and Texas, as well as United States District Court for the Western District of New York.  In the last four years specifically, Ms. Bender has testified or assisted as an expert in the following proceedings:

- State of California v. Herbert Goodwin (testified at trial)
- State of California v. Jonathan Boyd (testified at trial)
- State of Texas v. Damon Cross (testified at trial)
- State of Texas v. Obed Mengistu (testified at trial)
- State of California v. Ronnie Fields (testified at trial)
- State of California v. Samantha Johnson (assisted as expert)
- State of Oregon v. Virgil Rucker (assisted as expert)
- State of Oregon v. Javeion Drum (assisted as expert)
- State of Oregon v. Hannah Martin (assisted as expert)
- United States v. Peter Gerace, Jr. (testified at trial)

Ms. Bender has interacted with over 1,600 human trafficking survivors through RBI and she has personal experience as an individual who was sex trafficked for approximately six years, including through strip clubs. Ms. Bender has trained over 143,000 professionals and law enforcement agencies, including members of the Federal Bureau of Investigation and the Department of Homeland Security Investigations, and undercover units to identify and investigate sex trafficking committed through the use of force, fraud, and coercion.

In this case, Ms. Bender will testify regarding:

- The dynamics of sex trafficking, including the use of force, fraud, and coercion by sex traffickers.

- The methods of psychological control and manipulation traffickers use over their victims to ensure compliance, including, among others: threats, rewards, violence, preying on known drug addiction or dependence, and false promises;

- The use of drugs to coerce victims into commercial sex acts, including providing drugs to, and then withholding drugs from, known drug addicts to coerce victims into engaging in commercial sex acts.

- Sex traffickers' use of threats to the financial well-being of their victims to coerce commercial sex acts.

- Why victims continue to engage in sex trafficking when they do not want to, including fear of violence, drug withdrawal, or economic consequences.

- How some sex trafficking victims feel a sense of loyalty to, or dependence upon, their traffickers.

- How it is rare for sex trafficking victims to promptly report their traffickers to law enforcement.

- How traffickers often identify potential victims, including by looking for someone that appears (among other characteristics) easy to control or has a characteristic or need the trafficker can exploit, such as a drug addiction, a need for shelter, or inadequate support outside of the relationship with the trafficker.

Ms. Bender's CV is attached hereto as **Exhibit A**. Ms. Bender has authorized the use

3

of her electronic signature to indicate that she has approved the above statement.

**s/Rebecca Bender**

Dated: July 30, 2025

DATED:  Buffalo, New York, July 30, 2025.

                                MICHAEL DIGIACOMO
                                United States Attorney


BY:    s/CAITLIN M. HIGGINS
         s/LOUIS A. TESTANI
         Assistant United States Attorneys
         Western District of New York
         138 Delaware Avenue
         Buffalo, New York 14202

# EXHIBIT A

# REBECCA BENDER, MA

Los Angeles, CA | www.rebeccabenderinitiative.org | rbender@rebeccabender.org

## SUMMARY

Rebecca Bender is an experienced communicator, subject matter expert, and leader with over sixteen years of dedicated work in combating domestic sex trafficking. A recognized national forerunner in the field, she has successfully worked on numerous cases, trained over 143,000 professionals including FBI, Homeland Security, local law enforcement, medical professionals, and provided direct assistance in operations and recovery of victims across the United States. As a CEO of Elevate Academy, she has created impactful programs, authored influential books and curriculum, and has served on advisory councils informing national policy including appointed by the U.S. Attorney General to the National Advisory Council and Co-Chaired the Oregon Dept. of Justice Task Force. Elevate Academy has mentored nearly 1,700 survivors of trafficking in rebuilding their lives after escape.

## PROFESSIONAL EXPERIENCE

**CEO & Founder**
Elevate Academy, Global
January 2014 - Present
- Developed the largest online educational platform for survivors of human trafficking in the world, currently serving nearly 1,700 students across 600 U.S. cities and 22 countries.
- Spearheaded the design and implementation of curricula focused on professional development, leadership, and economic empowerment for survivors.
- Successfully built and managed a team that supports the strategic goals of the academy, ensuring the delivery of high-quality educational resources.
- Collaborated with global stakeholders to expand the reach and impact of the academy, fostering a supportive community for survivors to achieve their goals.

**Subject Matter Expert & Consultant**
Various Organizations and Agencies
2010 - Present
- Provided expert testimony and consultation in legal cases across multiple states, assisting law enforcement and prosecutors.
- Advised on the development of strategic plans for non-profits, enhancing their operational efficiency and effectiveness in addressing human trafficking.
- Conducted extensive training sessions for law enforcement agencies, including the FBI, VICE units, and international organizations, focusing on best practices in combating human trafficking and undercover operations.

**Executive Producer**
Showtime, *"Coercion"*
2023 - Present

- Collaborated with industry professionals to produce content that raises awareness about human trafficking and its societal impact through a scripted television drama.
- Engaged in the creative development process, ensuring the accurate portrayal of human trafficking issues in media.

**Producer/Director**
A21
2022

- Co-Produced and Co-Directed the awareness film *Secrets* focusing how trafficking looks through online and in person exploitation.

**Council Member**
United States National Advisory Council
2020 – Present

- Appointed by the U.S. Attorney General to serve a four-year seat with a team of experts that advise Congress on policies per state on human trafficking.
- Direct point of contact for Texas and Oregon Governors.

**Council Member**
Aequitas – Just Exits
2022 - Present

- Serve on the Survivor Council to participate in training prosecutors and law enforcement across the country on a variety of topics, including but not limited to:
    - Intersectionality of Intimate Partner Violence and Human Trafficking
    - Coercive Love
    - Writing Reports
    - Making the Assignment: Large & Small Scale Operations

**Council Member**
Texas Human Trafficking Survivor Leader Council
2023-2024

- Selected as a Texas Survivor Leader through the Governor's office to advise on varying issues that impact the state of Texas as a whole

**Co-Chair**
Oregon Dept of Justice Human Trafficking Task Force
2018 – 2020

- Co-Chaired the state task force under the Attorney General to assess and implement county strategies combatting human trafficking.

**Advisory Board**
Empowered Network
2020 – Present

- Assist on the Program Committee at evaluating program, reviewing metrics for opportunities and assess locations for growth.

**Advisory Board**
Polaris Project
2023 – Present
- Member of the Survivor Resiliency Fund.


**Task Force Member**
North Texas Trafficking Task Force
2020 - 2022
- Served on Homeland Security's task force, assisting on undercover operations and curriculum review for National HSI HT model.

TCHTTF – Texas Coalition Human Trafficking Task Force
2020 – Present
- Served on Texas Multi-Disciplinary Team to ensure training and collective cohesion amongst service providers and law enforcement in Fort Worth, Texas.

Texas Survivor Leader Council
2021 – 2022
- Served on the Survivor Leader Council to combat Human Trafficking in the state of Texas, answering to the Attorney General's Office on areas to improve a coordinated response statewide.

**Peer Reviewer**
National Human Trafficking Training and Technical Advisory Center
2018 – 2024
- Reviewed grant applications from those seeking federal funding for anti-human trafficking work.

**Consultant & Strategic Advisor**
Multiple Agencies and Organizations (see list below)
2010 - Present
- Advised cities and community leaders in assessing and improving state-wide responses to human trafficking, facilitating the formation of multidisciplinary teams.
- Assisted organizations in building networks and resources that enhance service delivery to survivors.

---

# EDUCATION

**Continued Education Units in:**
- Forensic Environment Trauma Interviewing
- Outsource Investigation
- Interrogation vs Interview
- Small Scale and Large Scale Operations
- Intersectionality of Intimate Partner Violence and Human Trafficking
- Neurology and Trauma: a victim mindset

**UCLA Film School**
Producers Program
June 2023 – September 2024

**Bethel University**
Master's Degree in Biblical Thought with a focus on Cultural Contextualization
September 2018 – June 2022

**Rogue Community College**
Bachelor's Equivalent with a focus on Criminal Justice
2010 - 2018

---

## SELECTED LEGAL CASES

**Testified in the following cases:**

State of California v. Herbert Goodwin, Fresno County. Nov 2017
State of California v. Jonathan Boyd, Fresno County. Oct 2018
State of Texas v. Damon Cross, Dallas County. Oct. 2022
US v. Gerace, Western District of New York. Nov. 2024
State of California v. Ronnie Fields. May 2025
State of Texas v. Obed Mengistu. June 2025
State of Virginia v. Kadeem James. September 2025 (scheduled)

**Assisted in evidence review and interviewed the victim of trafficking (often going into the jail) with lawyer present to assist in forming their case:**

State of California v. Samantha Johnson, Merced County
State of Oregon v. Virgil Rucker, Jackson County
State of Oregon v. Javeion Drum, Jackson County
State of Oregon v. Hannah Martin, Jackson County

**Retained as expert, reviewed evidence and prepared to testify, resulted in a plea deal:**

State of Texas v. Duane Owens, Jefferson County
US v. Gonzalez, Western District of New York
State of Texas v. Hendrick Jones, Dallas County

**Civil Suit – reviewed evidence, provided supportive subject matter expert report and participated in deposition which led to a settlement.**

Plaintiffs vs. Laurin Ashton

**Undercover Operations Participated in:**

HSI DFW (multiple occasions)
Houston PD Superbowl
Minneapolis PD Superbowl at Command Post
FBI Seattle Operation Cross Country
Portland Prostitution Bureau
Jackson County Crisis Response
Miami Dade County

**Assisted in evidence review:**

Long Island Serial Killer – FBI (escort ad reviews)

---

## CONSULTING & ADVISORY ROLES

- Polaris Project
- Shared Hope International
- G6 Hospitality
- Central Coast Dream Center
- Rejuvenating Women
- Homeland Security
- Oregon D.O.J. Task Force
- CRI – Erbil, Iraq
- Streetlight
- EPIK
- Aequitas
- A21
- New Friends New Life
- Love146
- Unbound
- Dallas Police Department
- PEHT

---

## AWARDS & RECOGNITION

- 2024: **Guiding Star Award**
- 2023: **Abolitionist Award**
- 2021: **Project Moses Award**
- 2020: **Grant Tank Award Winner**

- 2019: **Equinox Award**
- 2018: **Congressional Appreciation**
- 2017: **FBI Recognition Award**
- 2015: **Female Overcomer**
- 2016: **Hero to Our Generation**
- Rotarian Community Service Award
- Paul Harris Fellow

---

## MEDIA APPEARANCES
- TedX
- Washington Post
- Forbes
- CNN Freedom Day
- The Today Show
- CNN Political Response
- Tamron Hall Show Huffington Post
- NY Post
- Deadline: Crimes
- Associated Press

---

## PUBLICATIONS
- In Pursuit of Love (Harper Collins: Zondervan)
- Exodus (Harper Collins: Zondervan)
- Roadmap to Redemption (Self-Published)

---

## SELECTED PRESENTATIONS & SPEAKING ENGAGEMENTS
- World Summit, Jimmy Carter Center: Law enforcement track facilitation
- Rotary International: Speaker with Ashton Kutcher and Jon Cena
- Crimes Against Women Conference: Case study presentations
- International Chief of Police Association Academy
- FBI Director Training: combatting human trafficking and case study
- VICE training: Los Angeles, Phoenix, Chicago, Seattle and more
- FBI Operation Cross Country, Seattle Washington
- Minneapolis Police Super Bowl Command Post
- International Chief of Police Association Academy
- JUST Conference Presenter 2014, 2015, 2016, 2017, 2018
- Crimes Against Women Conference, Dallas, TX: Illusion of Choice Case Study,
- Oregon State Capitol testimony: SB673 2014
- Oxford University: Poppy Project
- European Freedom Network: Berlin, Germany

- Royal Canadian Mounted Police: Nova Scotia
- International Association of Human Trafficking Investigators 2020, 2021, 2022, 2023
- Mayor's Office to End Violence Panel, Manhattan, NY
- Multnomah ESD – Bars to Bridges
- Tippecanoe Superior Court
- Southern Wisconsin Conference on Behavioral Health
- MD Investigators Human Trafficking Seminar
- Indiana Regional Human Trafficking Investigators Conference
- NTTTF Trauma Informed Interviewing
- DPD HTU - Dallas, TX HT Unit
- 2024 Western Region Human Trafficking Summit (RISSWEST)
- Financial Crimes and Counter Terrorism Convention 2024
- ACAMS – Money Laundering Tactics
- AHLA – No Room for Trafficking
- Texas A&M
- Iowa Judges Conference, 2024
- Wesleyan Indiana Summit
- Southern Oregon University
- World Without Exploitation Now & Next Conference 2024
- Citrus Network – Miami, FL 2024
- Idaho Juvenile Justice Conference 2022
- Child Advocacy of New York 2022
- Dallas Children's Advocacy Center Forensic Interviewing
- Global Leadership Summit (Park City, UT & Kohl, WI)
- IACP – Analyzing Culpability
- U.S. Dept of State – Challenges to Identifying Victims
- Central Valley Fresno Anti-Trafficking Conference
- Nebraska Juvenile Justice
- NoCo Human Trafficking Symposium – Northern Colorado University
- Additional local community events and fundraisers

## DIRECT SERVICE

- **Founder & CEO**
  Rebecca Bender Initiative
  January 2015 - Present
    - Provided direct mentorship and advocacy for survivors, helping them achieve economic empowerment.
    - Wrote and filmed all curriculum for Speaking, Writing, Professional Development, Finding your Specialty, Working with Law Enforcement, Nonprofit Management, Business 101 and connected with Survivors Guide to money to implement Budgeting & Financial Literacy Course
    - Assisted in the crisis response and relocation of multiple victims of trafficking in partnership with various police detectives and government agencies.

## PROFESSIONAL AFFILIATIONS
- **U.S. National Advisory Council to Congress**: Appointee
- **DOJ Oregon Trafficking Council**: Appointee
- **Polaris Project National Fund Council**

---

**Peer Reviewed Journal Participation**

Hedrick McKenzie, A., Friedman, B., & Johnston, A. (2023). Adolescents' Victim-Blaming Responses to Narratives About Sex Trafficking: Strategies for Curriculum Development. Violence Against Women, 29(9), 1811-1831. https://doi.org/10.1177/10778012221127723

Richie-Zavaleta, A. C., & Balc, T. (2024). RESEARCH BRIEF: From Survivor to Thriver: Analyzing Challenges and Support in the Reintegration of Human Trafficking Survivors.

Sorna, U. S., & Reza, S. (2023). Sex Trafficking: A Modern-Day Slavery and Exploitation in Modern Times. International Journal of Research and Innovation in Social Science, 7(6), 410-414.

Zoi, M., & Ciluffo, K. (2022). Enter The Darkness To Bring Others Into The Light: Human Trafficking: The Modern-Day Version of Slavery. Journal of Student Research, 11(2).

Boyer, D. K. (2020). Prostitution during the pandemic: Findings show need for Nordic Model. Dignity: A Journal of Analysis of Exploitation and Violence, 5(1), 7.

Merodio, G., Duque, E., & Axt Pena, J. C. (2020). They are not Romeo pimps, they are traffickers: overcoming the socially dominant discourse to prevent the sex trafficking of youth. Qualitative Inquiry, 26(8-9), 1010-1018.

Nichols, A., Slutsker, S., Oberstaedt, M., K. (2023). Team Approaches to Addressing Sex Trafficking of Minors: Promising Practices for a Collaborative Model. Societies 2024, 13, 66. Frontiers in Organizing Processes, 35.

Bintliff, A., DiPrete Brown, L., Vollinger, L. Alonso, A., & Gieran, J. (2020). Policies and Services for Survivors of Sex Trafficking: A Report of the 4W STREETS of Hope For a at the University of Wisconsin-Madison, July 2015-Septemeber 2018.

Sadler, R. (2019). Vulnerable: rethinking human trafficking. B&H Publishing Group.

Murphy, L. (2019). The new slave narrative: The battle over representations of contemporary slavery. Columbia University Press.

Alston, E. (2021). A Systems Theory Approach to Sex Trafficking in Portland, Oregon: A Case Study. Johnson University.

Wick, J. (coming 2024). Post Health Education (untitled). University of Connecticut.